# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

134879

THERESA ROYCE and CARL ROYCE,
     Plaintiffs-Appellees,

v

CHATWELL CLUB APARTMENTS, a/k/a
TOBIN GROUP,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134879
COA: 266682
Genesee CC: 04-080383-NO

_____/

     On order of the Court, the application for leave to appeal the August 7, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Allison v AEW Capital Mgmt, LLP* (Docket No. 133771) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

Clerk

t0114